Donald Wray SPEARS, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 20754.

United States Court of Appeals
Ninth Circuit.

Jan. 5, 1967.

Malcolm S. MacMillan, Concord, Cal., for appellant.

Manuel L. Real, U. S. Atty., Los Angeles, Cal., Edwin L. Miller, U. S. Atty., Phillip W. Johnson, Asst. U. S. Atty., Alan D. Sirota, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, BROWNING and ELY, Circuit Judges.

PER CURIAM:

This border crossing narcotics case is affirmed on the authority of Blackford v. United States, 9 Cir., 247 F.2d 745, cert. denied, 356 U.S. 914, 78 S.Ct. 672, 2 L.Ed.2d 586.

The rectal probing and the circumstances thereof are quite similar to Blackford. It should be noted that the facts here are much stronger for the government than our recent case of Rivas v. United States, 9 Cir., 368 F.2d 703, decided November 8, 1966.

Judgment affirmed.

UNITED STATES of America,
Appellant,

v.

Thomas A. BARKER, Jr., Administrator,
Estate of Mrs. Bobbie Trice Barker
et al., Appellees.

No. 22677.

United States Court of Appeals
Fifth Circuit.

Dec. 19, 1966.

Edward W. Killorin, George W. Hart, Atlanta, Ga., for appellant.

Candler Crim, Jr., Atlanta, Ga., for appellees.

Before JONES, WISDOM and GOLDBERG, Circuit Judges.

PER CURIAM:

The United States, on this appeal, urges that the evidence did not warrant the district court's finding that the death of the appellee's intestate decedent was the result of an injury received in an automobile collision between a car in which she was riding and another driven by an employee of the United States. We conclude that the evidence fully sustained the finding and therefore the judgment of the district court is

Affirmed.